IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FARM CREDIT OF** | * | |
| **THE VIRGINIAS, ACA** | | |
| | * | Civil No. WQD 11-cv-1656 |
| Plaintiff, | | |
| | * | |
| v. | | |
| | * | |
| **ANGELA MAE BLYTHE,** | | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Farm Credit of the Virginias, ACA, Plaintiff, by counsel, and Angela Mae Blythe, Defendant, by counsel, hereby stipulate to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(A)(ii) and say:

1. The parties entered into a Settlement Agreement dated January 6, 2012.

2. The Defendant has fully complied with the requirements of that Agreement.

3. The parties now wish to stipulate to the dismissal of this action, with prejudice.

_____
Glenn J. Robinette, Esq.
8 Greene Street
Cumberland, MD 21502
Attorney for Plaintiff

_____
Meredith R. Philipp, Esq.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Attorney for Defendant